1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9
10
11
12
13
14
15
16

| ANGELA POTESTIVO,<br><br>Plaintiff,<br><br>v.<br><br>METLIFE INC., a foreign corporation doing business in the State of Washington; METLIFE BANK, N.A., a foreign corporation doing business in the State of Washington; METLIFE HOME LOANS, a foreign corporation doing business in the State of Washington,<br><br>Defendants. | No. C13-770 RSM<br><br>ORDER GRANTING PLAINTIFF ANGELA POTESTIVO LEAVE TO AMEND HER COMPLAINT |
|---|---|

17
18
19
20

THIS MATTER came before the Court by plaintiff Angela Potestivo's ("Plaintiff") <u>unopposed</u> Motion for Leave to File First Amended Complaint. Dkt. # 16.  The Court has reviewed the pleadings previously on file herein and reviewed the following material submitted by Plaintiff in support of her motion:

21

1. Plaintiff Angela Potestivo's Motion for Leave to File First Amended Complaint;

22
23
24

2. Declaration of Andrew M. Weinberg in Support of Plaintiff's Motion for Leave to File First Amended Complaint and attached Exhibit A, Plaintiff's Proposed First Amended Complaint.

25

//

//

ORDER GRANTING
PLAINTIFF ANGELA POTESTIVO
LEAVE TO AMEND HER COMPLAINT - 1

The Court being fully advised, hereby finds and ORDERS that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

DATED this 31st day of October 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE